[No. 6268–1. Division One. April 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. REGINALD JOHN CRIGLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83653, Frank D. Howard, J., entered January 24, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by James and Dore, JJ.

[No. 6322–1. Division One. April 26, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD ALFRED FORD, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83257, Stanley C. Soderland, J., entered January 27, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, A.C.J., and Andersen, J.

[No. 6345–1. Division One. April 26, 1979.]

BENITA A. TIPTON, *Appellant,* v. MICHAEL SCOTT KENNARD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 53690, Jack S. Kurtz, J., entered January 20, 1978. *Affirmed as modified* by unpublished opinion per Andersen, J., concurred in by Williams and Ringold, JJ.